JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eulaulah D Hathaway, | CV 20-10550JVS(PDx) |
| Plaintiff, | ORDER OF DISMISSAL FOR |
| v. | LACK OF PROSECUTION |
| Carhyl Camper, Jr, et al., | |
| Defendants. | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on February 16, 2021, and no response to the Order to Show Cause having been filed, and no answer or request for default having been filed in this action as to any of the defendants,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: March 2, 2021

_____
James V. Selna
United States District Judge